UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAWN D. JOHNSON                            CIVIL ACTION

VERSUS                                      NO. 14-2213

ABE'S BOAT RENTALS INC. AND                 SECTION "B"(5)
ISLAND OPERATING COMPANY INC.               *Flag Section "C"*

## ORDER

Before the Court is Plaintiff's, Shawn D. Johnson, Defendants', Abe's Boat Rentals, Inc. and Island Operating Company, Inc., and Third-Party Defendant's, Apache Corporation, "Joint Motion to Dismiss All Claims among Parties" (Rec. Doc. 115), filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), informing the Court that all claims of all parties against each other in this civil action have been resolved amicably between them. Also before the Court is Plaintiff's "Unopposed Motion to Extend the Court's Jurisdiction over this Matter" (Rec. Doc. 114), requesting this Court retain jurisdiction solely to resolve Plaintiff's pending "Motion for Contempt and Sanctions Concerning Subpoena to Non-Party Gerald Shayne Humphreys" (Rec. Doc. 98). Accordingly,

**IT IS ORDERED** that the Joint Motion to Dismiss (Rec. Doc. 115) is **GRANTED**; all claims and other requests for relief in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees;

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Jurisdiction (Rec. Doc. 114) is **GRANTED**; this Court will retain

jurisdiction solely over Plaintiff's pending "Motion for Contempt and Sanctions Concerning Subpoena to Non-Party Gerald Shayne Humphreys" (Rec. Doc. 98) until resolution of that motion.

New Orleans, Louisiana, this 9th day of May, 2016.


_____
UNITED STATES DISTRICT JUDGE